**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Arnie PORTER, Defendant–Appellant.**

No. 08–1255.

United States Court of Appeals,
Tenth Circuit.

March 25, 2009.

John M. Hutchins, Office of the United States Attorney, Denver, CO, for Plaintiff–Appellee.

Robert Seldis Berger, Robert S. Berger, Attorney at Law, Denver, CO, for Defendant–Appellant.

Before KELLY, McKAY, and HARTZ, Circuit Judges.

## ORDER AND JUDGMENT*

MONROE G. McKAY, Circuit Judge.

The defendant filed a motion in the district court seeking a sentence reduction

---

* This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R.App. P. 32.1 and 10th Cir. R. 32.1.

After examining the briefs and the appellate record, this panel has determined unanimously that oral argument would not materially

pursuant to 18 U.S.C. § 3582(c)(2), which retroactively reduced certain prior final sentences for crack cocaine convictions. He asked the trial court to reduce his prior final sentence below the amended Guideline range. The court reduced Defendant's sentence to the bottom of the amended range but refused to consider the additional reduction, indicating it lacked authority to do so. Defendant appeals that decision.

In the interim, this court decided *United States v. Rhodes*, 549 F.3d 833 (10th Cir. 2008), which forecloses Defendant's argument.

**AFFIRMED.**

assist the determination of this appeal. *See* Fed. R.App. P. 34(a)(2). Therefore, this case is ordered submitted without oral argument.